IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 09-cv-01937-WDM-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR
NEW FRONTIER BANK,

       Plaintiff,

 v.

PIONEER FARMS, et al.,

       Defendants.

---

**ORDER OF RECUSAL**

---

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his prior relationship with one or more of the parties and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on August 17, 2009

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge