IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01937-CMA-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR NEW FRONTIER BANK,

Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual,
H. WAYNE RICE, an individual, and
RONALD LYNN BROCK, an individual,

Defendants,

v.

CBLAND COMPANY, LLC, a Colorado limited liability company,

Third-party Defendant.

---

**ORDER**

---

This action was removed here on August 14, 2009, after what appear to have been substantial proceedings in the Colorado state court. Accordingly,

IT IS ORDERED that the parties shall file a status report informing the court of the status of the case, including a description of all actions taken in the Colorado state court and all pending motions. The status report shall be filed on or before **August 26, 2009**.

IT IS FURTHER ORDERED that the case is set for a status conference on **September 1, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated August 19, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge