**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01937-CMA-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER
FOR NEW FRONTIER BANK,

    Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual,
H. WAYNE RICE, an individual, and
RONALD LYNN BROCK, an individual,

    Defendants,

v.

CB LAND COMPANY, LLC, a Colorado limited liability company,

    Third-Party Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship with counsel for the receiver in this case, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  August __19__, 2009

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge