IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01937-PAB-BNB

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for New Frontier Bank,

 Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON,
H. WAYNE RICE, and
RONALD LYNN BROCK,

 Defendants,

CB LAND COMPANY, LLC,
a Colorado limited liability company,

 Third Party Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

 THIS MATTER comes before the Court upon the plaintiff's Motion to Dismiss Claims Against Ronald Lynn Brock [Docket No. 19].  The Court has reviewed the pleading and is fully advised in the premises.  It is

 **ORDERED** that the Motion to Dismiss Claims Against Ronald Lynn Brock [Docket No. 19] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against Ronald Lynn Brock only are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 3, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge