IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01937-PAB-BNB

AGRIFIRST LENDING, LLC,
as assignee of the Federal Deposit Insurance Corporation,
as receiver for New Frontier Bank,

Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual, and
H. WAYNE RICE, an individual,

Defendants,

v.

CB LAND COMPANY, LLC, a Colorado limited liability company,

Third-party Defendant.

_____

**ORDER**
_____

This matter arises on Agrifirst Lending, LLC's Unopposed Motion to Amend Caption

[Doc. # 42, filed 10/26/2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the case caption is amended as

reflected above.

Dated October 27, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge