IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01937-PAB-BNB

AGRIFIRST LENDING, LLC,
as assignee of the Federal Deposit Insurance Corporation,
as receiver for New Frontier Bank,

Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual, and
H. WAYNE RICE, an individual,

Defendants,

v.

CB LAND COMPANY, LLC, a Colorado limited liability company,

Third-party Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. Also pending is the

**Motion to Withdraw and Written Notification Certificate** [Doc. # 50, filed 11/16/2009] by

Arthur W. Porter, counsel for CB Land Company, LLC (the "Motion to Withdraw"). I held a

hearing on both matters this morning and made rulings on the record, which are incorporated

here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED. Arthur W. Porter is

allowed to withdraw as counsel for CB Land Company, LLC, and is relieved of any further

responsibility in the case. CB Land Company, LLC, is cautioned, pursuant to D.C.COLO.LCivR 83.3D, that it is personally responsible for complying with all court orders and time limitations; that as a legal entity it cannot appear without counsel admitted to practice before this court; and that absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against it.

IT IS FURTHER ORDERED that CB Land Company, LLC, shall cause substitute counsel to enter an appearance on its behalf, if at all, not later than February 1, 2010.

IT IS FURTHER ORDERED that the proposed scheduling order is REFUSED.

IT IS ORDERED that the parties shall meet and prepare a revised scheduling order, which they shall submit to the court electronically on or before **December 11, 2009**.

IT IS FURTHER ORDERED that the proposed scheduling order shall include the following deadlines:

| | |
|---|---|
| Deadline for Agrifirst Lending LLC and Pioneer Land Company, LLC, to answer or otherwise respond to counterclaims: | February 1, 2010 |
| Deadline to complete Rule 26(a)(1) disclosures: | February 1, 2010 |
| Deadline to join parties and amend pleadings: | February 1, 2010 |
| Discovery Cut-Off: | September 30, 2010 |
| Dispositive Motions Deadline: | October 29, 2010 |

Expert Disclosures:

(a) The parties shall designate all experts and provide pro se parties and opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 30, 2010

(b) The parties shall designate all rebuttal experts and

>provide pro se parties and opposing counsel with all
>information specified in Fed. R. Civ. P. 26(a)(2) on
>or before July 30, 2010

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for

**December 16, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  Counsel may appear at the supplemental

scheduling conference by telephone by contacting the court at 303-844-6408.

Dated December 2, 2009.

               BY THE COURT:

                s/ Boyd N. Boland
               United States Magistrate Judge