IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01937-PAB-BNB

AGRIFIRST LENDING, LLC,
as assignee of the Federal Deposit Insurance Corporation,
as receiver for New Frontier Bank,

Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual, and
H. WAYNE RICE, an individual,

Defendants,

v.

CB LAND COMPANY, LLC, a Colorado limited liability company,

Third-party Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **March 12, 2010**, the parties shall file a motion to dismiss or otherwise terminate this case.

IT IS FURTHER ORDERED that the **Unopposed Joint Motion to Extend February 22, 2010 Deadlines** [Doc. # 75, filed 2/18/2010] is GRANTED.

Dated February 22, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge