IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01937-PAB-BNB

AGRIFIRST LENDING, LLC,
as assignee of the Federal Deposit Insurance Corporation,
as receiver for New Frontier Bank,

      Plaintiff,

v.

PIONEER FARMS, LLC, a Colorado limited liability company,
FEIZHU FARMS, LLC, a Colorado limited liability company,
RICHARD CARLSON, an individual, and
H. WAYNE RICE, and individual,

      Defendants,

v.

CB LAND COMPANY, LLC,
a Colorado limited liability company,

      Third Party Defendant.
_____

## ORDER REMANDING CASE TO STATE COURT
_____

      This matter is before the Court on the Stipulation for Remand [Docket No. 82].

The Court has reviewed the pleading and is fully advised in the premises.  It is

      **ORDERED** that this case is REMANDED to the District Court, Baca County,

Colorado, where it was originally filed as Case No. 2009cv6.

      DATED March 12, 2010.

                                 BY THE COURT:

                                 s/Philip A. Brimmer
                                 PHILIP A. BRIMMER
                                 United States District Judge